# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

---

| | |
|---|---|
| | **JULY 2020 GRAND JURY**<br>**(Impaneled 07/31/2020)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations:<br>Title 18, United States Code,<br>Section 922(g)(1)<br>(2 Counts and Forfeiture Allegation) |
| **WAYNE ROBBINS** | |

## COUNT 1
### (Felon in Possession of a Firearm and Ammunition)

The Grand Jury Charges That:

On or about September 11, 2020, in the Western District of New York, the defendant, **WAYNE ROBBINS**, knowing that he had previously been convicted on or about February 14, 2014, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm and ammunition, namely:

    a.     a Taurus, Model 4510 The Judge Public Defender Polymer, .45 LC / 410-gauge revolver, bearing serial number MD550446;

    b.     Two (2) 410 gauge rounds of ammunition labeled "410" on the headstamp; and,

    c.     Three (3) 410 gauge rounds of ammunition labeled "WIN HS 410" on the headstamp.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## COUNT 2
### (Felon in Possession of a Firearm)

**The Grand Jury Further Charges That:**

On or about September 12, 2020, in the Western District of New York, the defendant, **WAYNE ROBBINS**, knowing that he had previously been convicted on or about February 14, 2014, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, a Taurus, Model PT 58 SS, .380 ACP caliber semi-automatic handgun, bearing serial number K0G09981.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION
### (Firearms and Ammunition)

**The Grand Jury Alleges That:**

Upon conviction of either of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, **WAYNE ROBBINS**, shall forfeit his right, title, and interest to the United States of any firearm and ammunition involved and used in the commission of any offense, and found in the possession and under his immediate control at the time of arrest, and seized by law enforcement on or about September 11, 2020, and on or about September 12, 2020, including, but not limited to:

    a. One Taurus, Model 4510 The Judge Public Defender Polymer, .45 LC/410-gauge revolver, bearing serial number MD550446;

    b. One Taurus, Model PT 58 SS, .380 ACP caliber semi-automatic handgun, bearing serial number K0G09981;

    c. Two (2) 410 gauge rounds of ammunition labeled "410" on the headstamp;

    d.    Three (3) 410 gauge rounds of ammunition labeled "WIN HS 410" on the headstamp;

    e.    80 rounds of .556 caliber ammunition;

    f.    Four (4) rounds of .38 caliber ammunition; and,

    g.    Eight (8) rounds of .40 caliber ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, April 28, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    S/JEREMIAH E. LENIHAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5805
Jeremiah.Lenihan@usdoj.gov

A TRUE BILL:

S/FOREPERSON

3