UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,         :
                                                   :
      V.                             :       21-CR-00059
                                                   :
WAYNE ROBBINS,            :
                                                   :
           Defendant.      :


STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS


      Pursuant to the Local Procedural Rules governing sentencing procedures under the Sentencing Reform Act of 1984, the Defendant, by his Attorney, **PAUL G. DELL, ESQ.**, has reviewed the findings of the Presentence Investigation Report ("PSR") and hereby adopts the findings of said report.


Dated: Buffalo, New York,
       June 4, 2022

                                                              <u>*s/Paul G. Dell*</u>
                                                              PAUL G. DELL, ESQ.
                                                              Attorney for Defendant
                                                              70 Niagara Street
                                                              Buffalo, New York 14202
                                                              (716) 362-1156
                                                             pgdell@aol.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                      21-CR-00059

WAYNE ROBBINS

                Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2022, I electronically filed the foregoing Statement of Defendant with Respect to Sentencing Factors with the Clerk of the District Court using the CM/ECF system which would then electronically notify the appropriate CM/CMF participants on this case.

                                            *s/Paul G. Dell*
                                            PAUL G. DELL, ESQ.
                                            Attorney for Defendant
                                            70 Niagara Street
                                            Buffalo, New York 14202
                                            (716) 362-1156
                                            pgdell@aol.com