UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.                              21-CR-59 (JLS)

WAYNE ROBBINS,

         Defendant.

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on December 2, 2021, the Court entered a preliminary order of forfeiture based upon the plea agreement of Defendant WAYNE ROBBINS, whereby the Defendant agreed to forfeit the following property, pursuant to 18 U.S.C. §§ 924(d) and 3665 and 28 U.S.C. § 2461(c):

**FIREARM AND AMMUNITION:**

     a.      One Taurus PT 58 SS, .380 caliber handgun, bearing serial number K0G09981;

     b.      Eighty rounds of .556 caliber ammunition;

     c.      Four rounds of .38 caliber ammunition; and

     d.      Eight rounds of .40 caliber ammunition; and

**WHEREAS** the Government published on an official government website (www.forfeiture.gov) notice of the forfeiture and of the Government's intent to dispose of the aforementioned assets in accordance with the law and as specified in the preliminary order of forfeiture; and

**WHEREAS** no third parties filed claims to the assets and the time to do so has expired, *see* Fed. R. Crim. P. 32.2(c)(1); it is therefore

**ORDERED, ADJUDGED, AND DECREED** that Defendant WAYNE ROBBINS forfeit the aforementioned property to the United States, pursuant to 18 U.S.C. §§ 924(d) and 3665 and 28 U.S.C. § 2461(c), incorporating all the relevant terms and conditions of the preliminary order of forfeiture; and it is further

**ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this final order of forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction to enforce this order and to amend it as necessary under the Federal Rule of Criminal Procedure 32.2(e).

SO ORDERED.

DATED:   June 21, 2022
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE