Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:
UNITED STATES OF AMERICA

v.

WAYNE ROBBINS

Docket No.: 1:21CR00059-001

John L. Sinatra
(District Court Judge)

Notice is hereby given that Wayne Robbins appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____ (specify)
entered in this action on June 21, 2022
(date)

This appeal concerns: Conviction only |___| Sentence only |✔| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea |✔| trial |___| N/A |___|

Offense occurred after November 1, 1987? Yes |✔| No |___| N/A |___|

Date of sentence: June 16, 2022   N/A |___|

Bail/Jail Disposition: Committed |✔|   Not committed |___|   N/A |___|

Appellant is represented by counsel? Yes |✔| No |___|  If yes, provide the following information:

Defendant's Counsel: Paul G. Dell (C.J.A. Appointed)
Counsel's Address: 70 Niagara Street, Suite 108
Buffalo, NY 14202
Counsel's Phone: 716-984-8095

Assistant U.S. Attorney: Jeremiah E. Lenihan
AUSA's Address: 138 Delaware Avenue
Buffalo, NY 14202
AUSA's Phone: 716-843-5700

Signature